No. 76–5694.  OHRYNOWICZ *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 76–5711.  YANEZ-OSORIO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–5712.  SMITH *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 75–5718.  LABARE *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 76–283.  BUTE ET AL. *v.* QUINN ET AL.  C. A. 7th Cir. Certiorari denied.  MR. JUSTICE BLACKMUN would grant certiorari.

No. 76–331.  NORTH CAROLINA UTILITIES COMMISSION ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 76–332.  AMERICAN TELEPHONE & TELEGRAPH Co. ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 76–336.  NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE POWELL took no part in the consideration or decision of these petitions.